# ATTACHMENT C



100025693944317



### Sheryl Chasealone

Timeline  About  Friends  Photos  More ▼

**DO YOU KNOW SHERYL?**

To see what she shares with friends, send her a friend request.

### Intro

🏠 Lives in Fort Yates, North Dakota
🕒 Joined March 2018



### Photos

**Sheryl Chasealone** updated her cover photo.
December 10, 2018



100024772478476



**Sheryl Chasealone**

Timeline About Friends Photos More ▼

**DO YOU KNOW SHERYL?**

To see what she shares with friends, send her a friend request.



### Intro

- Works at Standing Rock Sioux Tribe
- Lives in Fort Yates, North Dakota
- From Fort Yates, North Dakota

### Photos



**Sheryl Chasealone** updated her profile picture.
October 16, 2018



### Friends · 92




Darnell Marie | Valene Littlebird | Bradley Breezy BuffaloBoy

Share

Sheryl Chasealone updated her cover photo

**100029424605288**